[No. 73404-1-I.   Division One.   May 16, 2016.]

*In the Matter of the Marriage of* CAROLINE MARIA CAYLOR, *Appellant*, and NATHANIEL THOMAS CAYLOR, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 13-3-01484-3, Mary E. Roberts, J., entered April 10, 2015. *Affirmed in part, reversed in part,* and *remanded with instructions* by unpublished opinion per Schindler, J., concurred in by Trickey, A.C.J., and Becker, J.

[No. 42791-5-II.   Division Two.   May 17, 2016.]

THE STATE OF WASHINGTON, *Appellant*, v. JOHN HYRUM PARKES, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-02282-3, Katherine M. Stolz, J., entered October 24, 2011. *Reversed* and *remanded* by unpublished opinion per Lee, J., concurred in by Bjorgen, C.J., and Maxa, J.

[No. 46349-1-II.   Division Two.   May 17, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIK KEITH BOSCOVICH, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 13-1-00142-2, Gordon Godfrey, J., entered May 27, 2014. *Affirmed* by unpublished opinion per Bjorgen, C.J., concurred in by Worswick and Lee, JJ.